IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 07- 45- UNA |
| ) | |
| MARINA LOZOYA, ) | |
| JORGE CARRIZALES, ) | |
| HANIEL MATOS, and ) | |
| FELIX SANTOS-ALMONTE ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendants Marina Lozoya and Jorge Carrizales.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: March 27, 2007

AND NOW, to wit, this 27th day of March, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge