IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 07- 45-JNA |
| ) | |
| MARINA LOZOYA, ) | |
| JORGE CARRIZALES, ) | |
| HANIEL MATOS, and ) | |
| FELIX SANTOS-ALMONTE ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendants, Marina Lozoya and Jorge Carrizales as a result of the Indictment returned by the Grand Jury on March 27, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: March 27, 2007

AND NOW, this ___27th___ day of ___March___, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of defendants Marina Lozoya and Jorge Carrizales.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge