



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 3147
Laredo, Texas 78040

Clerk, US District Court
844 North King Street
Wilmington, DE 19801



May 7, 2007

**Re: 07-46M-02
District of Delaware**

5:07-MJ-427
**Re:** Marina Lozoya
Jorge Carrizales
Laredo Division

Dear Clerk,

Copy of original documents of the following:

Copy of Amended Bond

Please complete the receipt below and return the copy of this letter.

Very truly yours,
MICHAEL N. MILBY, CLERK
By: _____
Ben Mendoza, Deputy Clerk

Received and filed under Docket No. CR07-45 on 5/11/07, 2007.
CLERK, U. S. DISTRICT COURT, By: _____

```
F I L E D
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

AO 98 (Rev. 8/85) Appearance Bond

## UNITED STATES DISTRICT COURT

Southern District of Texas

COPY

U.S. MAGISTRATE COURT
DS – SDTX
FILED
MAY 0 1 2007
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
**Marina Lozoya**

Defendant

**AMENDED APPEARANCE BOND**

Delaware # CR 7-45-1-UNA

Case Number: 5:07-MJ-427-01

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
✔ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 150,000.00 - - - - - , and there has been deposited in the Registry of the Court the sum of
$ 5,000.00 - - - - in cash or XXXXXXXXXXXXXXX (describe other security.)

The conditions of this bond are that the defendant _____ **Marina Lozoya** _____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ May 1, 2007 _____ at _____ Laredo, Texas _____
Date                                                                        Place

Defendant _____[signature]_____                  Address ____t, Laredo, TX____
          **Marina Lozoya**                       Tel:
Surety    _____[signature]_____                   Address ____, Laredo, TX____
          **Imelda Moreno**                       Tel:
Surety    _____                 Address _____

Signed and acknowledged before me     May 1, 2007
                                      Date

Approved _____[signature]_____                    _____[signature]_____
         **DIANA SALDAÑA,**                       Judicial Officer/Clerk - Ben Mendoza
         **United States Magistrate Judge**

/mi

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. 5:07-MJ-427 |
| | § | |
| vs. | § | Pending in the Southern District of Texas |
| | § | |
| Marina Lozoya | § | Laredo, Texas |

### AFFIDAVIT OF OWNERSHIP OF SECURITY FOR APPEARANCE BOND

I, **Imelda Moreno**, on oath hereby declare that I am the Owner of $5000 (FIVE THOUSAND DOLLARS) deposited as security on the bond for the above named defendant with Cashier's Check(s) or Money Order(s) No(s). 015729 drawn on Texas Community Bank at Laredo, Texas. Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

**Imelda Moreno**

Laredo, Texas 78040

I, Imelda Moreno, as Owner, consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security.

ACCEPTED:

_____          _____
Marina Lozoya, Defendant                               Imelda Moreno, Owner

SWORN TO AND SUBSCRIBED BEFORE ME this the 26th day of MARCH, 2007.

MICHAEL N. MILBY, CLERK

BY: _____
Ben Mendoza

/cm

AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                          Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

___Southern___ District of ___Texas___

United States of America

V.

**Marina Lozoya**

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   **5:07-MJ-427-01**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ___United States District Court___, at
                                                                                                                      Place
___1300 Victoria, Laredo, TX___ on ___**WHEN NOTIFIED**___
                                           Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(   ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
___- - - ONE HUNDRED FIFTY THOUSAND AND NO/100 - - -___ dollars ($ _150,000.00 - - -_ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL                    /mi

## Additional Conditions of Release

Marina Lozoya
5:07-MJ-427-01

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____      _____
         Custodian or Proxy                   Date

(✔) (7) The defendant shall:

(✔) (a) report to the __U.S. Pretrial Services Office in Laredo, TX__, telephone number _____, not later than __as directed__.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $150,000.00 (ONE HUNDRED FIFTY THOUSAND AND NO/100)

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described $5,000.00 -----

( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.

(✔) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

( ) (g) surrender any passport to: _____

( ) (h) obtain no passport.

(✔) (i) abide by the following restrictions on personal association, place of abode, or travel: As directed by the USPSO. **NO TRAVEL INTO MEXICO.**

(✔) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

(✔) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

(✔) (o) refrain from (✔) any ( ) excessive use of alcohol.

(✔) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
   ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ) (v) *THE DEFENDANT WILL INCUR THE COST ASSOCIATED WITH THIS CONDITION BASED ON THE ABILITY TO PAY AS DETERMINED BY USPSO.

( ) (w) _____

( ) (x) _____

/mi

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C   (Rev.6/97), Advise of Penalties . . .                                                        Page   3   of   3   Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:    Marina Lozoya  (5:07-MJ-427-01 )

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant, Marina Lozoya

_____rt_____
Address

_____Laredo, TX_____        _____
City and State                                       Telephone

### Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:    5/01/07                             _____
                                             Signature of Judicial Officer
                                             **DIANA SALDAÑA**
                                             **United States Magistrate Judge**
/mi                                          Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL



**NOTICE TO CUSTOMERS**
THE PURCHASE OF AN INDEMNITY BOND WILL
BE REQUIRED BEFORE ANY OFFICIAL CHECK OF
THIS BANK WILL BE REPLACED OR REFUNDED
IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

 TexasCommunityBank
P.O. Box 450269
Laredo, TX 78045

*Cashier's Check*

Date: 3/26/07     01572

Branch:    1001

REMITTER    IMELDA MORENO

**PAY TO THE ORDER OF**    EXACTLY **5,000 AND 00/100 DOLLARS                $5,000.00

U.S. DISTRICT COURT CLERK

⑈000001572⑈ ⑆114924810⑈ 1010000034⑈

AO 98 (Rev. 8/85) Appearance Bond

COPY

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas

United States Magistrate Court
Southern District of Texas
FiLED
MAR 2 3 2007
AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Jorge Carrizales

Defendant

REINSTATED
**APPEARANCE BOND**

(Delaware)   L-07-CR-45-2-UNA

Case Number: L-07-mj-427-02

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
✓ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 150,000.00 - - - - - _____, and there has been deposited in the Registry of the Court the sum of
$ 5,000.00 - - - - _____ in cash or _____ XXXXXXXXXXXXXX _____ (describe other security.)

The conditions of this bond are that the defendant _____ **Jorge Carrizales** _____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.   May 1, 2007

This bond is signed on _____ March 23, 2007 _____ at _____ Laredo, Texas _____
                              Date                              Place

Defendant _____/s/ Jorge Carrizales_____   Address   Laredo, Texas 78046
           Jorge Carrizales                Tel:

Surety ✓ _____/s/ Norma Carrizales_____   Address   Laredo, Texas 78046
         Norma Carrizales                  Tel:

Surety _____   Address _____

Signed and acknowledged before me _____ March 23, 2007 _____
                                          Date

/s/ Jorge Carrizales
JORGE CARRIZALES  May 1, 2007

Approved _____/s/_____
ADRIANA ARCE-FLORES,
United States Magistrate Judge

/s/ Elsa Flores
Judicial Officer/Clerk - Elsa Flores

/s/ Elsa Flores  3-1-07

/s/
ADRIANA ARCE-FLORES
UNITED STATES MAGISTRATE JUDGE
/cf

United States Magistrate Court
Southern District of Texas
FILED

MAR 2 3 2007

AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. L-07-mj-427-02 |
| | § | |
| vs. | § | Pending in the Southern District of Texas |
| | § | |
| Jorge Carrizales | § | Laredo, Texas |

### AFFIDAVIT OF OWNERSHIP OF SECURITY
### FOR APPEARANCE BOND

I, **Norma Carrizales**, on oath hereby declare that I am the owner of $5,000.00 (FIVE THOUSAND AND NO/100) deposited as security on the bond for the above named defendant with Cashier's Check(s) or Money Order(s) No(s). 5054630782 drawn on The Laredo National Bank at Laredo, Texas. Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

**Norma Carrizales**

Laredo, Texas 78040

I, Norma Carrizales as owner, hereby subject said funds to the provisions of Local Rule 18 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

ACCEPTED:

_____    _____
Jorge Carrizales, Defendant    Norma Carrizales, owner

SWORN TO AND SUBSCRIBED BEFORE ME this the 22nd day of March, 2007

MICHAEL N. MILBY, CLERK

BY: _____
Elsa Flores

/EF

Case 1:07-cr-00045-SLR   Document 23   Filed 05/11/2007   Page 10 of 17

AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Texas_____

United States of America

V.

Jorge Carrizales

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   L-07-mj-427-02

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____United States District Courthouse, at_____
                                                                                                                 Place
__1300 Victoria St., Laredo, TX__ on _____**WHEN NOTIFIED**_____
                                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
___- - - ONE HUNDRED FIFTY THOUSAND AND NO/100 - - -___ dollars ($ __150,000.00 - - -__ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

/ef

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

✎AO 199B   (Rev. 5/99) Additional Conditions of Release       Page 2 of 3

## Additional Conditions of Release

Jorge Carrizales
L-07-mj-427-02

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
Custodian or Proxy                          Date

(✔) (7) The defendant shall:
(✔)(a) report to the __U.S. Pretrial Services Office in Laredo, TX__,
telephone number __(956) 790-1733__, not later than __UPON RELEASE__.
(✔)(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
$150,000.00 (ONE HUNDRED FIFTY THOUSAND AND NO/100 )
(✔)(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
$5,000.00 -----
( )(d) execute a bail bond with solvent sureties in the amount of $ _____.
(✔)(e) maintain or actively seek employment.
( )(f) maintain or commence an education program.
( )(g) surrender any passport to: _____
( )(h) obtain no passport.
(✔)(i) abide by the following restrictions on personal association, place of abode, or travel:
RESTRICTED TRAVEL TO BE ARRANGED BY U.S. PRETRIAL SERVICES; NO TRAVEL TO MEXICO.
( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
(✔)(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
(✔)(o) refrain from (✔) any ( ) excessive use of alcohol.
(✔)(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(✔)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. *
(✔)(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services or supervising officer. *
(✔)(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
(✔)(t) participate in one of the following home confinement program components and abide by all the requirements of the program which (✔) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   (✔) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
   ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
(✔)(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(✔)(v) * THE DEFENDANT WILL INCUR THE COST ASSOCIATED WITH THIS CONDITION BASED ON THE ABILITY TO PAY AS DETERMINED BY THE UNITED STATES PRETRIAL SERVICE OFFICER.
( )(w) _____
( )(x) _____

/ef

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C  (Rev.6/97) Advise of Penalties . . .                                Page  3  of  3  Pages

## Advice of Penalties and Sanctions

O THE DEFENDANT:  Jorge Carrizales  (L-07-mj-427-02 )

OU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a vocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This ntence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal vestigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or formant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, ror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, u may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In dition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of lease, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

5-1-2007 _____                  _____
         Signature of Defendant                          Signature of Defendant, Jorge Carrizales
         Jorge Carrizales

                                                         _____
                                                         Address

                                                         Laredo, Texas 78046
                                                         City and State            Telephone

### Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

ite: _____March 23, 2007_____           _____
                                                 Signature of Judicial Officer
y 1, 2007  _____         ADRIANA ARCE-FLORES,
           ADRIANA ARCE-FLORES                   United States Magistrate Judge
   /cf     UNITED STATES MAGISTRATE JUDGE        Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

| | | |
|---|---|---|
| **LNB** | **OFFICIAL CHECK** | 22-1676/960 |
| THE LAREDO NATIONAL BANK | | NO. 5054630782 |
| SERVING TWO NATIONS SINCE 1892 MEMBER FDIC | | DATE: 3/22/2007 |
| P.O. BOX 59  700 SAN BERNARDO LAREDO, TEXAS 78042 | | TELLER: jbenavid |

1149

REMITTER:   GERARDO RAMIREZ

Void if over $5,000.00

**PAY EXACTLY**     $*****5,000*****010

Five Thousand Dollars and Zero Cents

**AMOUNT**
**$5,000.00**

PRESENT FOR PAYMENT AT ISSUING BANK WITHIN 90 DAYS FROM DATE, VOIDABLE AT BANK'S OPTION THEREAFTER.

DRAWER: THE LAREDO NATIONAL BANK

**PAY TO THE ORDER OF**   UNITED STATES DISTRICT CLERK



ISSUED BY: MoneyGram Payment Systems, Inc.
P.O. BOX 9476  MINNEAPOLIS, MN 55480
DRAWEE: US BANK, ST. PAUL, MN

MP       AUTHORIZED SIGNATURE

⑈096016765⑈:00505  4630782⑈

<div style="text-align:center">

**DIANA SALDAÑA,**
United States Magistrate Judge, Presiding

</div>

U.S. MAGISTRATE COURT
DIS - SDTX
FILED

APR 30 2007

Michael N. Milby, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Ben Mendoza | Open [time open] | |
| Court Reporter | David Morales ERO | | |
| Court Interpreter | not used | Adjourn [time adjourn] | |
| U.S. Pretrial | Julio Taboado | | |
| U.S. Marshal | Dave Steinberg, Gary Williams | | DATE April 30, 2007 |
| U.S. Probation | Julian Cantu | | |

Docket No. 5:07-MJ-749-1

| | | |
|---|---|---|
| United States of America | § | Richard DiGiacomo, AUSA |
| vs | § | |
| Jorge Carrizales, Defendant | § | Juan Hernandez, rtn'd' present, Dft's Atty |

<div style="text-align:center">

**Courtroom Minutes**
**Initial Appearance**

</div>

| | | |
|---|---|---|
| ✔ | | Initial appearance on [Warrant of Arrest on Indictment]. |
| ✔ | kia | Dft's first appearance. Dft. Advised of charges and rights. |
| ✔ | | Dft. advised of charges.<br>☒ Indictment            ☐ Violation of Felony Probation<br>☐ Violation of Pretrial Release    ☐ Violation of Misdemeanor Probation<br>☐ Violation of Supervised Release Term    ☐ Other: |
| | kfinaff | FINANCIAL AFFIDAVIT, executed and filed. |
| | | Dft. requests appointed counsel. |
| | koapptpd | Federal Public Defender, appointed. |
| ☐ | k20appt | Private Attorney, appointed. Next on list: |
| ✔ | ko(bnd) | No Bond set. |
| ✔ | kodtn | Detention Hearing set before Magistrate Judge Diana Saldaña on 5/1/07 @ 10:00 AM. On May 1, 2007 the government waived detention and Magistrate Judge Diana Saldaña orders defendant's out on original bond. |
| ☐ | | Final Revocation Hearing set before Judge [Judge's name] on (TO BE ADVISED) |
| ☐ | | Identity Hearing set before Judge [Judge's name] on [[identity hrg date/time]] |
| ☐ | | Rule 40 Hearing set before Judge [Judge's name] on [[rule 40 (removal) hrg date/time]] |
| | | Dft. advised Court of medical condition(s) or need(s): |
| ✔ | kloc | Dft. remanded to the custody of U.S. Marshals. |

/bm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 07- CR- 45-2-UNA |
| | ) |
| MARINA LOZOYA, | ) |
| JORGE CARRIZALES, | ) |
| HANIEL MATOS, and | ) |
| FELIX SANTOS-ALMONTE | ) |
| | ) |
| Defendants. | ) |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

From on or about September 29, 2006, and continuing to on or about March 8, 2007, in the State and District of Delaware and elsewhere, MARINA LOZOYA, JORGE CARRIZALES, HANIEL MATOS, and FELIX SANTOS-ALMONTE, defendants herein, did knowingly conspire with each other and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about February 22, 2007, in the State and District of Delaware and elsewhere, MARINA LOZOYA and JORGE CARRIZALES, defendants herein, did knowingly and intentionally attempt to distribute 500 grams or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about February 28, 2007, in the State and District of Delaware, HANIEL MATOS and FELIX SANTOS-ALMONTE, defendants herein, did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Counts I-III of this Indictment, defendants MARINA LOZOYA, JORGE CARRIZALES, HANIEL MATOS, and FELIX SANTOS-ALMONTE shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to approximately $18,310 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

APR-29-2007 SUN 05:49 PM   JUDGE SALDANA   Fax:956-794-1027   May 1 2007 10:05am P003/003

+13023260828   BUREAU OF CUSTOM   01:25:41 p.m.   04-27-2007   4/4

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: March 27, 2007