AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JORGE CARRIZALES<br><br>LAREDO, TX 78046<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR 07-45-2-SLR<br><br>REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | 5/24/07 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

X Indictment    x Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    21    United States Code, Section(s)    846

Brief description of offense:

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE - ( COUNT I );

ATTEMPTED DISTRIBUTION OF 500 GRAMS OR MORE OF COCAINE - ( COUNT II )

FILED
MAY 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk     MAY 15, 2007 at Wilmington, DE
Signature of Issuing Officer                                                  Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me    Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Cert Mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _5-24-07_
Date

_A W Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 8937**
Status: **Delivered**

Your item was delivered at 1:16 PM on May 21, 2007 in LAREDO, TX 78046.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS            site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy