

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

June 21, 2007

The Honorable Sue L. Robinson
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Jorge Carrizales**
            **United States v. Marina Lozoya**
            **Criminal Action No. 07-45-SLR**

Dear Chief Judge Robinson:

    Defendants Jorge Carrizales and Marina Lozoya have informed the Government that they wish to plead guilty to the Indictment issued in the above-captioned matter in the Southern District of Texas pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The United States Attorneys for the District of Delaware and the Southern District of Texas have both agreed to the Rule 20 transfer from the District of Delaware to the Southern District of Texas.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

BY:    /s/ Robert F. Kravetz
         Robert F. Kravetz
         Assistant United States Attorney

Enclosure

cc:    Juan Hernandez, Esq.
       Juan R. Flores, Esq.
       Clerk, U.S. District Court