USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF Delaware

UNITED STATES OF AMERICA
V.
JORGE CARRIZALES

CRIMINAL NUMBER: 07-45-SLR

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, ____Jorge Carrizales____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead ____guilty____ to the offense charged, to consent to the disposition of the case in the ____Southern____ District of ____Texas____ in which I, *Jorge Carrizales*, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __7/5/__ 20 07 at __4:11 pm__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

_____
(Assistant United States Attorney)

FILED
JUL 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
United States Attorney for the
District of
Delaware

Approved

_____
United States Attorney for the
Southern
District of
Texas