AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

JORGE CARRIZALES

**WARRANT FOR ARREST**

Case Number: CR 07-45-2-UNA

~~SEALED~~ UNSEALED 5/22/07 FJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __JORGE CARRIZALES__
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH THE INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE - ( COUNT I );

ATTEMPTED DISTRIBUTION OF 500 GRAMS OR MORE OF COCAINE - ( COUNT II )

in violation of Title    21    United States Code, Section(s)    846

PETER T. DALLEO                             BY: _[signature]_     DEPUTY CLERK
Name of Issuing Officer                              Signature of Issuing Officer

CLERK OF COURT                                   MARCH 28, 2007 at WILMINGTON, DE
Title of Issuing Officer                                     Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Laredo, TX

| DATE RECEIVED 3-28-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-28-07 | William David, DUSM | _[signature]_ William David |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____