OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
   Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 25, 2007

Clerk of Court
United States District Court
Southern District of Texas
1300 Victoria Suite# 3147
Laredo, Texas 78040

      RE: United States v. Marina Lozoya and
          Jorge Carrizales;
          <u>Case No.  CR 07-45-1 & 2-SLR / USDC-DE</u>

Dear Clerk:

    Enclosed please find the original Rule 20 Transfer Order together with certified copies of DI# 11, 12, 23, 24, and 28 and a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                        Sincerely,

                                        Keith J. Kincaid
                                        Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____7/30/07_____.
                                      (date)

_____
    Signature

_____
    Title

FILED
AUG 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE